| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWEN, DUDLEY H. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>02/20/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>P.O. BOX 2106<br>AUGUSTA, GEORGIA 30903 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. General Maritime New F | A | Dividend | J | T | | | | | |
| 3. Dynegy Inc | A | Dividend | J | T | | | | | |
| 4. Credit Suisse AG | A | Dividend | J | T | | | | | |
| 5. Sch Adv Cash Resrv Prem | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. CHARLES SCHWAB | | | | | | | | | |
| 8. Morgan Stanley Var 35 DU #7910 | B | Dividend | | | Sold | 07/08/16 | J | A | |
| 9. Sch Adv Cash Resrv Prem | A | Dividend | | | Buy | 07/16/16 | J | | |
| 10. Sch Adv Cash Resrv Prem | A | Dividend | | | Sold | 12/14/16 | J | A | |
| 11. Vanguard | A | Dividend | | | Buy | 06/16/16 | J | | |
| 12. Vanguard | A | Dividend | | | Sold | 12/09/16 | J | A | |
| 13. Nuveen Build America Bon | A | Dividend | | | Buy | 01/01/16 | J | | |
| 14. Nuveen Build America Bon | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 15. Compass Diversified LP | A | Dividend | | | Buy | 07/20/16 | J | | |
| 16. Compass Diversified LP | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 17. Ares Management LP | A | Dividend | J | T | Buy | 12/09/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco 0-5 Year High Yld | A | Dividend | | | Buy | 01/01/16 | J | | |
| 19. Pimco 0-5 Year High Yld | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 20. Ares Capital Corp | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 21. Sch Adv Cash Resrv Prem #7910 | B | Dividend | | | Sold | 12/06/16 | J | A | |
| 22. ABN AMRO/VERDUS Gwth Fd | A | Dividend | L | T | | | | | |
| 23. Exxon Mobil Common Stk | A | Dividend | K | T | | | | | |
| 24. DuPont El De Nemour and Co Com | A | Dividend | J | T | | | | | |
| 25. Washovia Corp New | A | Dividend | J | T | | | | | |
| 26. Charles Schwab Money Market | A | Interest | J | T | | | | | |
| 27. ABN AMRO VERDX MCGFX Funds (Alleghany) | D | Dividend | M | T | | | | | |
| 28. E I Deupont Drip | A | Dividend | J | T | | | | | |
| 29. Ga Bk & Tr Money Mkt Market | B | Interest | M | T | | | | | |
| 30. Ga Bk & Tr Savings | A | Interest | J | T | | | | | |
| 31. TIAA CREF Mutual Fund | A | Dividend | L | T | | | | | |
| 32. CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 33. Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |
| 34. Barclays Mon Mkt Acct | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Atlantic Amer Corn | | None | J | T | | | | | |
| 36. Regions Bank Savings | A | Interest | J | T | | | | | |
| 37. CHARLES SCHWAB IRA#2 | | | | | | | | | |
| 38. IDII Stock | A | Dividend | J | T | | | | | |
| 39. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 40. Morgan Stanley Var 35 DU | D | Dividend | | | Sold | 07/18/16 | J | A | |
| 41. Brookfield Total Return | E | Dividend | K | T | | | | | |
| 42. Compass Diversified | B | Dividend | | | Buy | 07/21/16 | J | | |
| 43. Compass Diversified | B | Dividend | | | Sold | 07/22/16 | J | A | |
| 44. Ares Capital Corp | B | Dividend | J | T | Buy | 07/22/16 | J | | |
| 45. Micron Technology | B | Dividend | | | Buy | 01/01/16 | J | | |
| 46. Micron Technology | B | Dividend | | | Sold | 11/28/16 | J | B | |
| 47. Brookfield Total Rtn | B | Dividend | J | T | Buy | 11/28/16 | J | | |
| 48. Brookfield Real Assets | D | Dividend | | | Buy | 01/01/16 | J | | |
| 49. Brookfield Real Assets | D | Dividend | | | Sold | 12/07/16 | J | A | |
| 50. Brookfield Real Assets | D | Dividend | | | Buy | 01/01/16 | J | | |
| 51. Brookfield Real Assets | D | Dividend | | | Sold | 12/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fifth Street Finance | D | Dividend | J | T | Buy | 12/08/16 | J | | |
| 53. Ares Management LP | D | Dividend | J | T | Buy | 12/09/16 | J | | |
| 54. Nuveen Build Amer Bon | D | Dividend | | | Buy | 01/01/16 | J | | |
| 55. Nuveen Build Amer Bon | D | Dividend | | | Sold | 12/10/16 | J | A | |
| 56. IShares Russell Mid Cap | C | Dividend | | | Buy | 01/01/16 | J | | |
| 57. IShares Russell Mid Cap | C | Dividend | | | Sold | 04/29/16 | J | A | |
| 58. CHARLES SCHWAB FORMERLY T ROWE PRICE | | | | | | | | | |
| 59. Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 60. Blackrock CP High Yield | A | Dividend | J | T | | | | | |
| 61. Motorola | A | Dividend | J | T | | | | | |
| 62. Lucent | A | Dividend | J | T | | | | | |
| 63. The Southern Company | A | Dividend | | | Sold | 06/16/16 | K | B | |
| 64. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 65. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 66. New Hampshire HIGHE | A | Interest | J | T | | | | | |
| 67. The Southern Company | A | Dividend | J | T | | | | | |
| 68. ISTAR FINL Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Westwood Holdings Group | A | Dividend | | | Sold | 05/02/16 | K | D | |
| 70. Xerox | A | Dividend | J | T | | | | | |
| 71. SG Structured PRO VAR | A | Dividend | | | Sold | 04/29/16 | K | A | |
| 72. General Motors | A | Dividend | J | T | | | | | |
| 73. Schwab Money Market | E | Interest | J | T | | | | | |
| 74. TCP Capital Corp | A | Dividend | | | Sold | 07/08/16 | K | A | |
| 75. TCP Capital Corp | A | Dividend | | | Sold | 11/09/16 | K | A | |
| 76. Bank of America VAR | B | Dividend | | | Sold | 04/26/16 | K | A | |
| 77. Gainesville GA | B | Interest | K | T | | | | | |
| 78. HD Supply Inc | B | Interest | K | T | | | | | |
| 79. HD Supply Inc | A | Interest | K | T | | | | | |
| 80. Morgan Stanley Bank N.A. | C | Interest | K | T | | | | | |
| 81. Kansas INDPT COL | A | Interest | K | T | | | | | |
| 82. Nataxis US VAR | B | Dividend | | | Sold | 05/31/16 | K | A | |
| 83. Franklin GA Tax Free | A | Interest | K | T | | | | | |
| 84. Maingate MLP FD CL I | A | Dividend | | | Sold | 12/30/16 | K | A | |
| 85. Matthews Asia Dividend | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nuveen DIV Advan Muni | A | Dividend | J | T | | | | | |
| 87. Nuveen DIV Advan Muni | A | Interest | J | T | | | | | |
| 88. Oaktree Capital Group | A | Dividend | | | Sold | 12/27/16 | L | A | |
| 89. PROSHS ULTRASHT ETF | A | Dividend | K | T | | | | | |
| 90. Kinder Morgan Inc | A | Distribution | J | T | | | | | |
| 91. Northern Borders Partnews nbp | A | Distribution | K | T | | | | | |
| 92. Northern Borders Partners nbp | A | Distribution | J | T | | | | | |
| 93. General Electric Co | E | Dividend | | | Sold | 05/06/16 | K | C | |
| 94. Berkshire Hathaway B New | E | Dividend | | | Sold | 05/27/16 | K | A | |
| 95. Weatherford Int 5.125% | E | Dividend | | | Sold | 05/04/16 | K | A | |
| 96. Goldman Sachs BDC Inc | E | Dividend | K | T | | | | | |
| 97. Credit Suissee AG | E | Dividend | | | Sold | 04/28/16 | K | A | |
| 98. PR Ind Tourst E | D | Dividend | | | Sold | 07/01/16 | J | A | |
| 99. Apollo Investment Corp | D | Dividend | | | Buy | 07/08/16 | J | | |
| 100. Apollo Investment Corp | D | Dividend | | | Sold | 07/11/16 | J | A | |
| 101. Arconic Inc | D | Dividend | | | Buy | 06/02/16 | J | | |
| 102. Arconic Inc | D | Dividend | | | Sold | 08/09/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Micron Technology | A | Dividend | | | Buy | 12/02/16 | J | | |
| 104.  Micron Technology | A | Dividend | | | Sold | 12/02/16 | J | A | |
| 105.  Coca Cola Company | B | Dividend | | | Buy | 01/01/16 | J | | |
| 106.  Coca Cola Company | B | Dividend | | | Sold | 05/06/16 | J | A | |
| 107.  Doubleline Total Return BD FD | A | Dividend | | | Buy | 06/03/16 | M | | |
| 108.  Doubleline Total Return BD FD | A | Dividend | | | Sold | 11/14/16 | L | A | |
| 109.  Fifth Street Finance | A | Dividend | | | Buy | 01/01/16 | J | | |
| 110.  Fifth Street Finance | A | Dividend | | | Sold | 08/03/16 | J | A | |
| 111.  Invesco Mtg Cap | C | Dividend | | | Buy | 09/29/16 | K | | |
| 112.  Invesco Mtg Cap | C | Dividend | | | Sold | 10/04/16 | K | C | |
| 113.  Matthews Asia Dividend Fund Inv | A | Dividend | | | Buy | 01/01/16 | J | | |
| 114.  Matthews Asia Dividend Fund Inv | A | Dividend | | | Sold | 06/17/16 | J | A | |
| 115.  Micron Technology | A | Dividend | | | Buy | 09/08/16 | J | | |
| 116.  Micron Technology | A | Dividend | | | Sold | 11/07/16 | J | A | |
| 117.  Nuveen Amt Free MNCPL CR | A | Dividend | | | Buy | 07/05/16 | J | | |
| 118.  Nuveen Amt Free MNCPL CR | A | Dividend | | | Sold | 08/18/16 | J | A | |
| 119.  Nuveen Build America Bon | A | Dividend | | | Buy | 01/01/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nuveen Build America Bon | A | Dividend | | | Sold | 11/28/16 | L | A | |
| 121. Pimco High Yield Spec Ins | A | Dividend | | | Buy | 01/01/16 | J | | |
| 122. Pimco High Yield Spec Ins | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 123. Pimco High Yield Spec P | A | Dividend | | | Buy | 01/01/16 | J | | |
| 124. Pimco High Yield Spec P | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 125. Pimco High Yield Fd Inst CL | A | Dividend | | | Buy | 01/01/16 | J | | |
| 126. Pimco High Yield Fd Inst CL | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 127. Pimco Incm Inst CL | A | Dividend | | | Buy | 06/03/16 | K | | |
| 128. Pimco Incm Inst CL | A | Dividend | | | Sold | 06/06/16 | L | A | |
| 129. Pimco Invest Grade Corp | A | Dividend | | | Buy | 01/01/16 | J | | |
| 130. Pimco Invest Grade Corp | A | Dividend | | | Sold | 06/17/16 | J | A | |
| 131. Schwab US Broad Market ETF | A | Dividend | | | Buy | 06/27/16 | L | | |
| 132. Schwab US Broad Market ETF | A | Dividend | | | Sold | 11/14/16 | L | A | |
| 133. TCP Capital Corp | A | Dividend | | | Buy | 01/01/16 | J | | |
| 134. TCP Capital Corp | A | Dividend | | | Sold | 11/09/16 | J | A | |
| 135. Vanguard Reit Index | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 136. Vanguard Reit Index | A | Dividend | | | Sold | 05/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. WP Carey Inc | A | Dividend | | | Buy | 01/16/16 | J | | |
| 138. WP Carey Inc | A | Dividend | | | Sold | 06/02/16 | J | A | |
| 139. Western Digital Corp | C | Dividend | | | Buy | 08/25/16 | L | | |
| 140. Western Digital Corp | C | Dividend | | | Sold | 09/07/16 | L | C | |
| 141. Westwood Holdings GP | A | Dividend | | | Buy | 01/05/16 | J | | |
| 142. Westwood Holdings GP | A | Dividend | | | Sold | 05/02/16 | J | A | |
| 143. Westwood Income OPPTY FD | A | Dividend | | | Buy | 01/01/16 | J | | |
| 144. Westwood Income OPPTY FD | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 145. Oaktree CAP GRP LLC | A | Dividend | | | Buy | 01/01/16 | M | | |
| 146. Oaktree CAP GRP LLC | A | Dividend | | | Sold | 12/27/16 | M | A | |
| 147. Boise CTY ID HSG | A | Dividend | | | Buy | 01/01/16 | K | | |
| 148. Boise CTY ID HSG | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 149. Ford Motor Company | B | Dividend | | | Buy | 01/01/16 | J | | |
| 150. Ford Motor Company | B | Dividend | | | Sold | 05/10/16 | J | B | |
| 151. IShares Russell Mid Cap Value ET | A | Dividend | | | Buy | 01/01/16 | J | | |
| 152. Ishares Russell Mid Cap Value ET | A | Dividend | | | Sold | 04/29/16 | J | A | |
| 153. Matthews Asia Dividend Fd In | A | Dividend | | | Buy | 01/01/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Matthews Asia Dividend Fd In | A | Dividend | | | Sold | 04/29/16 | K | A | |
| 155. Morgan Stanley | A | Dividend | | | Buy | 01/01/16 | K | | |
| 156. Morgan Stanley | A | Dividend | | | Sold | 05/31/16 | K | A | |
| 157. Nuveen Amt Free MNCPL CR | C | Dividend | | | Buy | 01/01/16 | K | | |
| 158. Nuveen Amt Free MNCPL CR | C | Dividend | | | Sold | 08/18/16 | K | C | |
| 159. Nuveen Build Amer Bon | C | Dividend | | | Buy | 01/01/16 | K | | |
| 160. Nuveen Build Amer Bon | C | Dividend | | | Sold | 11/14/16 | K | C | |
| 161. Pimco High Yield | A | Dividend | | | Buy | 01/01/16 | J | | |
| 162. Pimco High Yield | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 163. Pimco High Yield | A | Dividend | | | Buy | 01/01/16 | J | | |
| 164. Pimco High Yield | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 165. Pimco High Yield Fd Inst CL | A | Dividend | | | Buy | 01/01/16 | J | | |
| 166. Pimco High Yield Fd Inst CL | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 167. Pimco Invest Grade Corp Bnd IDX | A | Dividend | | | Buy | 01/01/16 | K | | |
| 168. Pimco Invest Grade Corp Bnd IDX | A | Dividend | | | Sold | 04/29/16 | K | A | |
| 169. PR Elec PWR Auth | A | Dividend | J | T | Buy | 01/01/16 | K | | |
| 170. PR Ele PWR Auth | A | Dividend | | | Sold | 12/09/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Schwab US Broad Market | D | Dividend | | | Buy | 01/01/16 | K | | |
| 172. Schwab US Broad Market | D | Dividend | | | Sold | 11/14/16 | L | D | |
| 173. Vanguard Reit Index | D | Dividend | | | Buy | 01/01/16 | K | | |
| 174. Vanguard Reit Index | D | Dividend | | | Sold | 05/06/16 | K | D | |
| 175. WP Carey Inc | A | Dividend | | | Buy | 01/01/16 | K | | |
| 176. WP Carey Inc | A | Dividend | | | Sold | 06/02/16 | K | A | |
| 177. Westwood Income Oppty Fd Ins | B | Dividend | | | Buy | 01/01/16 | K | | |
| 178. Westwood Income Oppty Fd Ins | B | Dividend | | | Sold | 04/28/16 | K | B | |
| 179. Coca Cola Company | D | Dividend | | | Buy | 01/01/16 | L | | |
| 180. Coca Cola Company | D | Dividend | | | Sold | 05/06/16 | L | D | |
| 181. Morgan Stanley VAR 28 | A | Dividend | | | Buy | 01/01/16 | K | | |
| 182. Morgan Stanley VAR 28 | A | Dividend | | | Sold | 05/03/16 | L | B | |
| 183. TRUST CHARLES SCHWAB | | | | | | | | | |
| 184. Willis Group Holdings | A | Dividend | K | T | | | | | |
| 185. T Rowe Price Spectrum | A | Dividend | J | T | | | | | |
| 186. PR Commwlth Hwy & 5.25 | A | Dividend | J | T | | | | | |
| 187. Credit Suissee AG 10% | A | Dividend | | | Sold | 04/28/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Apple | A | Dividend | | | Buy | 05/02/16 | K | | |
| 189. Apple | A | Dividend | | | Sold | 05/06/16 | K | A | |
| 190. Coca Cola Company | A | Dividend | | | Buy | 05/06/16 | K | | |
| 191. Coca Cola Company | A | Dividend | | | Sold | 06/16/16 | K | A | |
| 192. Invesco Mtg CAP | A | Dividend | | | Buy | 05/05/16 | J | | |
| 193. Invesco Mtg CAP | A | Dividend | | | Sold | 05/06/16 | J | A | |
| 194. Nuveen Build America Bon | A | Dividend | | | Buy | 07/18/16 | J | | |
| 195. Nuveen Build America Bon | A | Dividend | | | Sold | 11/28/16 | J | A | |
| 196. Vanguard Reit Index | C | Dividend | | | Buy | 01/01/16 | K | | |
| 197. Vanguard Reit Index | C | Dividend | | | Sold | 11/22/16 | K | C | |
| 198. Westwood Holdings GP | C | Dividend | | | Buy | 01/05/16 | J | | |
| 199. Westwood Holdings GP | C | Dividend | | | Sold | 05/02/16 | J | B | |
| 200. Westwood Income Oppty Fd Inst | A | Dividend | | | Buy | 01/01/16 | K | | |
| 201. Westwood Income Oppty Fd Inst | A | Dividend | | | Sold | 04/28/16 | K | A | |
| 202. SG Structured PRO VAR | A | Dividend | | | Buy | 01/01/16 | K | | |
| 203. SG Structured PRO VAR | A | Dividend | | | Sold | 04/29/16 | K | A | |
| 204. CHARLES SCHWAB IRA #3 ROLLOVER | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 23

Name of Person Reporting

BOWEN, DUDLEY H.

Date of Report

02/20/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 206. General Electric | A | Dividend | | | Sold | 07/14/16 | K | C | |
| 207. Transocean Inc New | A | Dividend | J | T | | | | | |
| 208. Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 209. Morgan Stanley VAR 35 DU | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 210. Credit Suisse High Yield | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 211. Credit Suisse High Yield | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 212. Credit Suisse High Yield | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 213. Pengrowth Energy Corp F | A | Dividend | J | T | | | | | |
| 214. General Electric Company | A | Dividend | J | T | | | | | |
| 215. General Electric Company | A | Dividend | J | T | | | | | |
| 216. Brocade Communs Sys | D | Dividend | | | Buy | 01/01/16 | K | | |
| 217. Brocade Communs Sys | D | Dividend | | | Sold | 11/02/16 | K | D | |
| 218. Coca Cola | D | Dividend | J | T | Buy | 11/10/16 | J | | |
| 219. Southern Co | A | Dividend | | | Buy | 01/01/16 | K | | |
| 220. Southern Co | D | Dividend | | | Sold | 05/06/16 | K | D | |
| 221. Southern Co | A | Dividend | J | T | Buy | 11/10/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Pengrowth Energy Co | A | Dividend | J | T | Buy | 11/14/16 | J | | |
| 223. Barrick Gold Corp F | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 224. Barrick Gold Corp F | A | Dividend | J | T | Buy | 11/30/16 | J | | |
| 225. Doubleline Total Rtn | A | Dividend | | | Buy | 01/01/16 | J | | |
| 226. Doubleline Total Rtn | A | Dividend | | | Sold | 11/22/16 | J | A | |
| 227. Vanguard Reit Index | A | Dividend | | | Buy | 01/01/16 | K | | |
| 228. Vanguard Reit Index | A | Dividend | | | Sold | 11/22/16 | K | A | |
| 229. Brookfield Total Return | A | Dividend | | | Buy | 01/01/16 | J | | |
| 230. Brookfield Total Return | A | Dividend | | | Sold | 12/07/16 | J | A | |
| 231. Dryships Inc F | A | Dividend | | | Buy | 01/01/16 | J | | |
| 232. Dryships Inc F | A | Dividend | | | Sold | 12/15/16 | J | A | |
| 233. Dryships Inc F | A | Dividend | | | Buy | 12/09/16 | J | | |
| 234. Dryships Inc F | A | Dividend | | | Sold | 12/15/16 | J | A | |
| 235. Invesco Mtg Cap Reit | A | Dividend | | | Buy | 01/01/16 | J | | |
| 236. Invesco Mtg Cap Reit | A | Dividend | | | Sold | 05/06/16 | J | A | |
| 237. Invesco Mtg Cap Reit | A | Dividend | J | T | Buy | 11/28/16 | J | | |
| 238. Vanguard High Dividend Y | A | Dividend | | | Buy | 01/01/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Vanguard High Dividend Y | A | Dividend | | | Sold | 12/07/16 | J | A | |
| 240. Vanguard Reit Index Admi | A | Dividend | | | Buy | 01/01/16 | K | | |
| 241. Vanguard Reit Index Admi | A | Dividend | | | Sold | 07/25/16 | K | A | |
| 242. Ares Capital Corp | A | Dividend | | | Buy | 01/01/16 | J | | |
| 243. Ares Capital Corp | A | Dividend | | | Sold | 09/08/16 | J | A | |
| 244. Ares Management LP | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 245. Ares Management LP | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 246. Ares Management LP | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 247. Ishares Russell 1000 VAL | A | Dividend | | | Buy | 01/01/16 | J | | |
| 248. Ishares Russell 1000 VAL | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 249. Ishares Select Diividend | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 250. Ishares Select Dividend | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 251. Micron Technology | A | Dividend | | | Buy | 01/01/16 | J | | |
| 252. Micron Technology | A | Dividend | | | Sold | 09/08/16 | J | A | |
| 253. Nuveen Real Estate Incom | A | Dividend | | | Buy | 01/01/16 | J | | |
| 254. Nuveen Real Estate Incom | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 255. Pimco 0-5 Year High Yld | A | Dividend | | | Buy | 01/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Pimco 0-5 Year High Yld | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 257. Walgreens Boots Alli | A | Dividend | | | Buy | 01/01/16 | J | | |
| 258. Walgreens Boots Alli | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 259. CHARLES SCHWAB & COMPANY INC | B | Interest | J | T | | | | | |
| 260. Charles Schwab Market Fund | D | Dividend | | | Sold | 01/01/16 | J | A | |
| 261. TD AMERITRADE CLEARING INC Cash Account | A | Interest | J | T | | | | | |
| 262. BANK OF DUDLEY/DUBLIN GA | A | Interest | J | T | | | | | |
| 263. METLIFE/COMPUTERSHARE | A | Dividend | J | T | | | | | |
| 264. BMO Interm Tax Free CL Y | A | Dividend | | | Buy | 01/01/16 | J | | |
| 265. BMO Interm Tax Free CL Y | A | Dividend | | | Sold | 12/01/16 | J | A | |
| 266. Maingate MLP FD CL I | A | Dividend | | | Buy | 01/01/16 | J | | |
| 267. Maingate MLP FD CL I | A | Dividend | | | Sold | 12/30/16 | J | A | |
| 268. T Rowe Price Spectrum Growth | A | Dividend | | | Buy | 01/01/16 | J | | |
| 269. T Rowe Price Spectrum Growth | A | Dividend | | | Sold | 07/22/16 | J | A | |
| 270. Vanguard Reit Index Admiral SHA | A | Dividend | | | Buy | 01/01/16 | K | | |
| 271. Vanguard Reit Index Admiral SHA | A | Dividend | | | Sold | 11/22/16 | K | A | |
| 272. Walgreens Boots Alli | A | Dividend | | | Buy | 01/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Walgreens Boots Alli | A | Dividend | | | Sold | 05/06/16 | J | A | |
| 274. Westwood Holdings GP | B | Dividend | | | Buy | 01/05/16 | J | | |
| 275. Westwood Holdings GP | A | Dividend | | | Sold | 05/02/16 | J | B | |
| 276. Westwood Income Oppty Fd Inst | A | Dividend | | | Buy | 01/01/16 | J | | |
| 277. Westwood Income Oppty Fd Inst | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 278. Credit Suisse 9.464 | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 279. Credit Susisse 9.464 | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 280. Charles Schwab & Company Inc X | D | Interest | J | T | | | | | |
| 281. Charles Schwab & Company Inc Cash Dividend X | E | Dividend | K | T | | | | | |
| 282. Charles Schwab & Company Inc Interest X | B | Interest | J | T | | | | | |
| 283. Charles Schwab & Company Inc Cash Dividend X | C | Dividend | J | T | | | | | |
| 284. Charles Schwab & Company Inc Cash Dividend X | B | Dividend | J | T | | | | | |
| 285. Charles Schwab & Company Inc Interest X | A | Interest | J | T | | | | | |
| 286. Oaktree Capital Group LLC X Real Estate Mortgage Investment Condu | A | Interest | J | T | | | | | |
| 287. Compass Diversified Holdings X LLC (Publicly Traded Partnership) | A | Interest | J | T | | | | | |
| 288. Oaktree LLC Interest X (Publicly Traded Partnership) | A | Interest | J | T | | | | | |
| 289. Oaktree Capital Group LLC X (Publicly Traded Partnership) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Compass Diversified Holdings LLC (Publicly Traded Partnership) X | A | Dividend | J | T | | | | | |
| 291. Oaktree LLC X Dividend | A | Dividend | J | T | | | | | |
| 292. Puerto Rico Electric Power Authority (Accrued Market Discounts X | C | Interest | J | T | | | | | |
| 293. Puerto Rico Industrial Tourist Educational (Accrued Market Discount) X | A | Interest | J | T | | | | | |
| 294. Boise City Idaho HSG Authority (Accrued Marekt Discount) X | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 02/20/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DUDLEY H. BOWEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544